

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00550-CV

Randy K. **SMITH**,
Appellant

v.

Lawrence **REID**, Royce Reid, Jennifer Heath and THL GP Inc.,
Appellees

From the 63rd Judicial District Court, Edwards County, Texas
Trial Court No. 3798
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to reflect that the award of appellate attorney's fees is conditioned upon an unsuccessful appeal to the Fourth Court of Appeals by appellant Randy K. Smith. As modified, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant Randy K. Smith.

SIGNED December 23, 2014.

_____
Rebeca C. Martinez, Justice